**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MARGARET PEDALINO** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-CV-03055-O** |
| | § | |
| **DAVID E CONSTABLE, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ROBERTO MEDINA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-CV-02816-O** |
| | § | |
| **DAVID E. CONSTABLE, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOHN GRANT** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-CV-03271-O** |
| | § | |
| **DAVID E CONSTABLE, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

# ORDER

Before the Court are Defendants' Motions to Consolidate (ECF No. 25 (Case 3:25-cv-3055); ECF No. 17 (Case 3:25-cv-2816); ECF No. 10 (Case 3:25-cv-3271)), filed February 12, 2026. The Court is of the opinion that these Motions have merit and should be **GRANTED**. It is therefore **ORDERED** that Case No. 3:25-cv-3055-O and Case No. 3:25-cv-3271-O are consolidated into and shall become a part of Civil Action 3:25-cv-2816-O for all purposes. To facilitate orderly consolidation and disposition of the related derivative actions, the Court **ORDERS** that **no later than March 13, 2026**, the parties shall submit a proposed schedule for further proceedings.

**SO ORDERED** on this **20th day** of **February 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE