**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **PHILIP CARICO** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-CV-03316-O** |
| | § | |
| **DAVID E CONSTABLE, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is the Consent Motion to Consolidate Related Cases (ECF No. 10), filed by Plaintiff Philip Carico ("Plaintiff"), Defendants David E. Constable, James R. Breuer, Joseph L, Brennan, Alan M. Bennett, Rosemary T. Berkery, Charles Blankenship, Jr., H. Paulett Eberhart, Lisa Glatch, James T. Hackett, Thomas C. Leppert, Teri P. McClure, Armando J. Olivera, John C. Regan, and Matthew K. Rose (collectively, the "Individual Defendants"), and Nominal Defendant Fluor Corporation ("Fluor") (together, "Defendants") (Plaintiff and Defendants are collectively, the "Parties"). After considering all papers, arguments of counsel, and all other matters presented to the Court in connection herewith, and having given due consideration to this matter, **IT IS HEREBY ORDERED THAT:**

1. The Parties' Consent Motion to Consolidate Related Cases is **GRANTED**.
2. Counsel for the Individual Defendants have accepted service of the summons and complaint in this action without waiver of any right, defense, or other objection other than insufficient process or insufficient service of process.

3. *Carico v. Constable, et al.*, Case No. 3:25-cv-03316-O (N.D. Tex.) is consolidated into and shall become a part of Civil Action 3:25-cv-02816-O (N.D. Tex.) for all purposes.

4. All subsequent papers filed after the date of this order shall be entered on civil number 3:25-cv-02816-O.

5. Civil number 3:25-cv-03316-O is closed for statistical purposes.

6. Defendants' deadline to file an answer or otherwise serve a responsive pleading is stayed until the deadline to be set pursuant to the parties' forthcoming proposed schedule in Civil Action 3:25-cv-02816-O (N.D. Tex.).

**SO ORDERED** on this **3rd day** of **March, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE